### CLARK V. SAMUEL & WILLIAM HELMS.

An action cannot be said to be commenced, until service is made upon the defendants.
Where one defendant dies before service upon either, the action does not survive.

ACTION of debt by book against both, as merchants in company, describing them to belong to New Haven; per writ dated the 21st of November A. D. 1791.

Service returned upon the writ — New Haven, December 26th, 1791, Then I attached the body of Samuel Helms within named, read this writ in his hearing, and have taken sufficient bonds for his appearance at court, etc.

Samuel Helms plead in abatement — That said William Helms the other defendant named in the plaintiff's writ, died

on the 20th of December A. D. 1791, and so was dead before, and on said 26th of December when said writ was served on him. Plaintiff demurred.

Judgment — That the plea in abatement is sufficient.  In this case, service upon both of the defendants is necessary; and no service having been made upon either until after William's death, the action cannot be said to have been commenced in his lifetime, although the writ was prayed out before; and not having been commenced in the life of said William, it doth not survive against the surviving defendant.